**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE: Docket Number 2024-CA-0870


Crawford Electric Supply Company, Inc.

- - Versus - -

Loga Holdings LLC f/d/b/a Alpha One Electrical, L.L.C.,
Steven Loga, Maginnis Construction Company, LLC., and
The Gray Casualty & Surety Company

19th Judicial District Court
Case #: 713025
East Baton Rouge Parish


On Application for Rehearing filed on 03/06/2025 by Maginnis Construction Company, LLC., and The Gray
Casualty & Surety Company


Rehearing _____ *Denied.* _____


_____
Mitchell R. Theriot

_____
Chris H. Hester

_____
Blair D. Edwards


Date _____ MAR 1 4 2025

_____
Rodd Naquin, Clerk